| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

FILED

FEB 03 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00046 JDP |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | Hearing: 03/24/2020 |
| SYDNEY A QUINN, | Time: 1:00 P.M. |
| | Crtm: Yosemite |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

Defendant, Sydney A. Quinn, through the Federal Defender for the Eastern District of California, hereby requests appointment of panel counsel for Mandatory Appearance required on March 24, 2020 before the Honorable Jeremy D. Peterson, United States Magistrate Judge, in Yosemite National Park. The Federal Defenders Office has a conflict.

Ms. Quinn submits the attached Financial Affidavit as evidence of her inability to retain counsel. On August 30, 2019, Ms. Quinn was cited for the Possession of controlled substance- Psilocybin Mushrooms, 36 CFR § 2.35 (b) (2).

Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that panel counsel be appointed to assist Ms. Quinn.

DATED: January 31, 2020

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints panel counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 3, 2020 / Feb

HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE