**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
SYDNEY A. QUINN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 6:20-po-00046-JDP |
| ) | |
| Plaintiff,  ) | STIPULATION TO CONTINUE INITIAL APPEARANCE TO MARCH 31, 2020; ORDER THEREON |
| ) | |
| vs.  ) | |
| ) | Date:   March 31, 2020 |
| SYDNEY A. QUINN,  ) | Time:   10:00 AM |
| ) | Judge:  Jeremy D. Peterson |
| Defendant.  ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, SYDNEY A. QUINN, her attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for March 10, 2020 at 10:00 AM be continued until March 31, 2020 at 10:00 AM. The government has no objection.

Based on an incident that occurred August 30, 2019, a citation was issued alleging Ms. Quinn committed the following act: one count of 36 CFR § 2.35(b)(2) – possessing a controlled substance (psilocybin mushrooms).

Defense counsel supports the continuance of the above captioned matter in the interest of coordinating with the co-defendant in this case and consolidating the court calendars so the two defendants may be heard together.

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO MARCH 31, 2020; [PROPOSED] ORDER THEREON                                      1

Ms. Quinn respectfully requests a continuance of her Initial Appearance in Case No. 6:20-po-00046-JDP from March 10, 2020 at 10:00 AM until March 31, 2020 at 10:00 AM.

Dated: March 5, 2020

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
SYDNEY A. QUINN

Dated: March 5, 2020

/s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer

ORDER

Good cause appearing, the above request to continue the Initial Appearance in case no. 6:20-po-00046-JDP from March 10, 2020 at 10:00 AM until March 31, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: _March 5, 2020_                                     _____
                                                                                   UNITED STATES MAGISTRATE JUDGE